FORM 3015-1 CHAPTER 13 PLAN
UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

-----------------------------------

**IN RE:**                                                                                          MODIFIED CHAPTER 13 PLAN
                                                                                                    DATE 8/16/2012
CLARK W. AND BETH A. JOHNSON                                                                        CASE NO. 12-43919
-----------------------------------

**1. DEBTOR'S PAYMENTS TO TRUSTEE**
a. As of the date of the plan, debtor has paid the trustee                $0.00
b. After the date of this plan, debtor will pay the trustee               $250.00  per month for          60  months beginning within 30 days
days after the order for relief for a total of         $15,000.00  The minimum plan length          60  months from the date of the initial plan payment
unless all allowed claims are paid in a shorter time.
c. The debtor will also pay the trustee:               $0.00
d. The Debtor will pay the trustee a total of:         $15,000.00              {line 1a + line 1b + line 1c}

**2. PAYMENTS BY TRUSTEE** The trustee will pay from available funds only creditors for which proofs of claim have been filed. The trustee may
 collect a fee of up to 10% of plan payments or,      $1,500.00        {line 1d x .10}

**3. ADEQUATE PROTECTION PAYMENTS 1326 (a) (1) C)**        The trustee will promptly pay from available funds adequate protection payments to
creditors holding allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

| Creditor | Monthly Payment | Number of Month | TOTAL PAYMENTS |
|---|---|---|---|
| a. | | | $0.00 |
| b. | | | |
| c. | | | |
| d. TOTAL | | | $0.00 |

**4. EXECUTORY CONTRACTS AND UNEXPIRED LEASES §365 -** The debtor assumes the following executory contracts or unexpired leases.
Cure provisions, if any, are set forth in # 7

| Creditor | Description of Property |
|---|---|
| a | |
| b. | |

**5. CLAIMS NOT IN DEFAULT** Payments on the following claims are current and the debtor will continue to make all payments which come due after
the date the petition was filed directly to the to the to the creditors. The creditors will retain their liens. The creditor can continue to invoice the debtor.

| Creditor | Description of Property |
|---|---|
| a. CENTRAL MN FED CU | 2000 MITSUBISHI ECLIPSE |
| b CENTRAL MN FED CU | HOME |
| c. SUNTRUST MORTGAGE | HOME |
| d. | |

**6. HOME MORTGAGES IN DEFAULT (sec. 1322(b)(5) and 1322 (e)).** The trustee will cure defaults on the following claims secured only by a
security interest in real property that is the debtor's principal residence. The debtor will pay the payments that come due after the date the petition
was filed directly to the creditors. The creditors will retain liens. ***All following entries are estimates***. The trustee will pay the actual amounts
of default.

| Creditor | Amount of Default | Monthly Payment | Beginning in Month # | Number of payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| a | | | | | |
| b. | | | | | |
| c. | | | | | |
| d. TOTAL | $0.00 | $0.00 | | | $0.00 |

**7. SECURED CLAIMS IN DEFAULT (§ 1322(b)(3) and (5) and §1322(e))** The trustee will cure defaults on the following claims as set forth below. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any. ***All following entries are estimates, except for interest rate.***

| Creditor | Amount of Default | Int. Rate (if applicable) | Payment | Beginning in Month # | Number of payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| a. | | | | | | |
| b. | | | | | | |
| c. | | | | | | |
| d. other | $0.00 | | | | | $0.00 |

**8. OTHER SECURED CLAIMS SECURED CLAIM AMOUNT IN PLAN CONTROLS [§ 1325(a)(5)]** The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column, below. The creditors will retain liens securing the allowed secured claims util the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge.

**NOTE: NOTWITHSTANDING A CREDITOR'S PROOF OF CLAIM FILED BEFORE OR AFTER CONFIRMATION, THE AMOUNT LISTED IN THIS PARAGRAPH AS A CREDITOR'S SECURED CLAIM BINDS THE CREDITOR PURSUANT TO 11 U.S.C. §1327, AND CONFIRMATION OF THE PLAN IS A DETERMINATION OF THE CREDITOR'S ALLOWED SECURED CLAIM.**

| Creditor | Amount of Claim | Secured Claim | Intrest Rate | Beginning in Month # | Monthly Payments | x | Number of = Payments | Payments on Account of Claim | (Adequate) Protection from #3 | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| a. | | | | | | | | | | |
| b. | | | | | | | | | | |
| c. Total | $0.00 | $0.00 | | | | | | | | $0.00 |

**9. PRIORITY CLAIMS** the trustee will pay in full all claims entitled to priority under §507, including the following. ***The amounts listed are estimates***. The trustee will pay the amounts actually allowed.

| Creditor | Amount of Claim | Monthly Payment | Month # | Number of payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| a. Attorney's fees | $1,300.00 | $225.00 | 1 | 6 | $1,300.00 |
| b. IRS | $4,400.00 | PRORATA | 7 | 23 | $4,400.00 |
| c. MN DEPT REV | $348.00 | PRORATA | 7 | 23 | $348.00 |
| f. TOTAL | $6,048.00 | | | | $6,048.00 |

**10. SEPARATE CLASS OF UNSECURED CREDITORS** In addition to the class of unsecured creditors specified in #11, there shall be separate classes of non-priority unsecurity creditors described as follows:

The trustee will pay the allowed claims of the following creditors. ***All entries below are estimates***.

| Creditor | Interest Rate (if any) | Claim Amount | Payment | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| a. | | | | | |
| c. TOTAL | | $0.00 | | | $0.00 |

**11. TIMELY FILED UNSECURED CREDITORS**  The trustee will pay the holders of non-priority unsecured claims for which proofs of claim were timely filed, the balance of all payments received by the trustee and not paid under # 2, 3,6, 7, 8, 9 and 10 their pro rata share of approximately          $7,452.00          line 1(d) minus lines 2, 6(d), 7(d) and 8(d), 9 (f) and 10)].

a. The debtor estimates that the total unsecured claims by creditors listed in paragraph 8 are          $0.00
b. The debtor estimates that the total unsecured claims (excluding those in #8 & #10) are          $101,096.45
c. Total estimated unsecured claims are          $          line 11(a) + line 11 (b).    $101,096.45

**12. TARDILY FILED UNSECURED CREDITORS** All money paid by the debtor to the trustee under #1 but not distributed but not distributed by the trustee under #2,3,6,7,8, 9, 10 or 11will be paid to the holders of nonpriority unsecured claims for which proofs of claim were tardily filed.

**13. OTHER PROVISIONS**         The trustee may distribute additional sums not expressly provided for herein at the trustee's discretion. Income withholding for on-going child support will continue.

The debtors shall send the Trustee each year during the Chapter 13 Plan copies of their federal and state income tax returns at the time they are filed. The debtors shall also promptly report to the Trustee the receipt of any state and federal tax refunds for the duration of this Chapter 13 case and shall be entitled to retain the first $2,000 plus any earned income credit (EIC). Any remaining amounts shall be turned over to the Chapter 13 trustee as additional plan payments.

Pursuant to 11 U.S.C. Section 1305, a proof of claim may be filed by any entity that holds a claim against the debtor(s) for taxes that become payable to a governmental unit while the case is pending.  The trustee shall only pay 11 U.S.C. Section 1305 claims attributable to the taxable year in which the case concerning such debtor(s) was filed, and only to the extent funds are available.

**14. SUMMARY OF PAYMENTS-**

| | |
|---|---|
| Trustee's fee [line 2]............................................ | $1,500.00 |
| Home Mortgage Defaults [line 6(d)]....................... | $0.00 |
| Claims in defaults [line 7(d)]. ...................... | $0.00 |
| Other Secured Claims [line 8(d)]........................... | $0.00 |
| Priority claims [line 9f].......................................... | $6,048.00 |
| Separate Class [line 10(C)]........................................ | $0.00 |
| Unsecured Creditors [line 11]............................. | $7,452.00 |
| **TOTAL [must equal line 1(d)]........................** | **$15,000.00** |

ROBERT L KALENDA
919 WEST ST GERMAIN ST STE 2000
ST CLOUD MN 56301                                         SIGNED:__ /e/ Clark W, Johnson
(320)255-8840                                                                DEBTOR

                                                                                SIGNED:__ /e/ Beth A. Johnson
                                                                                              JOINT DEBTOR

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

    Clark W. & Beth A. Johnson,                                Bky.No. 12-43919 RJK

    Debtors.                                                                Chapter 13 Bankruptcy

NOTICE OF MODIFICATION OF
CHAPTER 13 PLAN BEFORE CONFIRMATION

TO:    ALL INTERESTED PARTIES

1.    Pursuant to Local Rule 3015-2, the debtors, by their attorney, Robert L. Kalenda, give notice that the court will hold a confirmation hearing on the modified Chapter 13 plan at 10:00 a.m. on October 18, 2012, in Courtroom 8 West, 300 South 4th Street, US Courthouse, Minneapolis, Minnesota.

Dated: 9-12-12

                                                                  KALENDA LAW OFFICE

                                                    By:    /e/ Robert L. Kalenda
                                                             Robert L. Kalenda
                                                             Attorney for Debtors
                                                             919 West St. Germain, Suite 2000
                                                            St. Cloud, MN 56301
                                                            (320) 255-8840
                                                            MN Registration #53260

UNSWORN CERTIFICATE OF SERVICE

    I, Theresa Loch-Thoele, declare under penalty of perjury that on September 12, 2012, I mailed copies of the foregoing Amended Chapter 13 Plan, Notice of Modification of Chapter 13 Plan Before Confirmation and Amended Schedules I & J In Re: Clark & Beth Johnson Bky. No. 12-43919 RJK by first class mail postage prepaid to each entity named below at the address stated below for each entity:

Interested Parties on attached service list

Executed on: 9-12-12            Signed: _____

                                                                     Theresa Loch-Thoele
                                                                     KALENDA LAW OFFICE
                                                                     919 West St. Germain, Suite 2000
                                                                     St. Cloud, MN 56301

```
CLARK W JOHNSON
21838 149 ST NE
NEW LONDON MN 56273




BETH A JOHNSON
21838 149 ST NE
NEW LONDON MN 56273




AMO RECOVERIES
6737 W WASHINGTON ST STE 3118
WEST ALLIS WI 53214




BARCLAYS
PO BOX 8803
WILMINGTON DE 19899




CAPITAL ONE
PO BOX 30281
SALT LAKE CITY UT 84130




CAPITAL ONE
C/O GURSTEL CHARGO
6681 COUNTRY CLUB DR
GOLDEN VALLEY MN 55427




CENTRA CARE
1900 CENTRA CARE CIR
ST CLOUD MN 56303




CENTRA CARE LABORATORY SERVICES
1406 N 6TH ST
ST CLOU DMN 56303




CENTRACARE
C/O AMERICAN ACCOUNTS & ADVISERS
7460 80TH ST S
COTTAGE GROVE MN 55016
```

CENTRAL MN FED CREDIT UNION
201 MINNIE ST
PAYNESVILLE MN 56302


CHASE
PO BOX 15298
WILMINGTON DE 19850-5298


CITIBANK
701 E 60TH ST N
SOUIX FALLS SD 57104


CITIBANK
701 E 60TH STREET N
SIOUX FALLS SD 57117


COKATO CLINIC
110 OLSEN BLVD
COKATO MN 55321


COLLECTION RESOURCES
PO BOX 2270
ST CLOUD MN 56302


CREDITORS FINANCIAL GROUP
3131 S VAUGHN WAY STE 110
AURORA CO 80014


DONALD MILLNER DDS
C/O LOFSTRUM LAW FIRM
PO BOX 21123
COLUMBIA HEIGHTS MN 55421


DOOLEYS PETROLEUM
PO BOX 775
WILLMAR MN 56201

DR JEFFREY PEARSON & ASSOCIATES
4201 W DIVISION ST STE 61
ST CLOUD MN 56301


FAIRVIEW CRNA
C/O JC CHRISTENSEN & ASSOC
PO BOX 519
SAUK RAPIDS MN 56379


FAIRVIEW HEALTH SERVICES
C/O JC CHRISTENSEN & ASSOC
PO BOX 519
SAUK RAPIDS MN 56379


FAIRVIEW HEALTH SERVICES
C/O JC CHRISTENSEN
POB OX 519
SAUK RAPIDS MN 56379


FIA CARD SERVICES
SUCCESSOR TO BANK OF AMERICA/MBNA
PO BOX 3001
MALVERN PA 19355-0701


FIRST SOURCE ADV
205 BRYANT WOODS S
AMBURST NY 14228


FIRSTMARK SERVICES
PO BOX 82522
LINCOLN NE 68501-2522


GURSTEL LAW FIRM
6681 COUNTRY CLUB DR
GOLDEN VALLEY MN 55427


HSBC
PO BOX 5253
CAROL STREAM IL 60197-5253

```
IRS
STOP 5700- RM 320- 316 N ROBERT ST
ST PAUL MN 55101




JC CHRISTIANSON
PO BOX 519
SAUK RAPIDS MN 56379




KOHLS
C/O JC CHRISTENSEN & ASSOC
PO BOX 519
SAUK RAPIDS MN 56379




LCA COLLECTIONS
PO BOX 2240
BURLINGTON NC 27216




MARGUERITE HUFFORD
21550 149 ST NE
HAWICK MN 56273




MEEKER MEMORIAL
612 S SIBLEY AVE
LITCHFIELD MN 55355




MESSERLI & KRAMER
3033 CAMPUS DR STE 250
PLYMOUTH MN 55441




MIDWEST COLLECTION SERVICE
PO BOX 99
NEW ULM MN 56073-0099




MILLENNIUM CREDIT CONSULTANTS
PO BOX 18160
WEST ST PAUL MN 55118-0160
```

```
NATIONAL ASSET RECOVERY SERV
PO BOX 701
CHESTERFIELD MO 63006




NATIONAL ENTERPRISE SYSTEMS
29125 SOLON RD
SOLON OH 44139




PAYNESVILLE AREA HEALTH CARE SYSTEM
200 W 1ST ST
PAYNESVILLE MN 56362-1445




PROFESSIONAL CREDIT ANALYSTS OF MN
1712 JAMES DR
NORTH MANKATO MN 56003




QUEST DIAGNOSTICS
C/O AMCA COLLECTION AGENCY
PO BOX 1235
ELMSFORD NY 10523




RAUSCH STURM ET AL
3209 W 76TH ST STE 301
MINNEAPOLIS MN 55435




REG DIAGNOSTICS RADIOLOGY
C/O MIDWEST COLLECTION SERVICE
PO BOX 3972
MINNEAPOLIS MN 55403




RELIANCE RECOVERY
6160 SUMMIT DR N STE 420
MINNEAPOLIS MN 55430




SETERUS INC
14523 SW MILLIKAN WAY STE 200
BEAVERTON OR 97005
```

ST CLOUD EARS NOSE
THROAT HEAD AND NECK
1528 NORHTWAY DR
ST CLOUD MN 56303


ST CLOUD HOSPITAL
1406 SIXTH AVENUE NORTH
ST CLOUD MN 56303


ST CLOUD PATHOLOGISTS
1406 6 AVE DEPT 5000
ST CLOUD MN 56303-1901


TDS TELECOM
PO BOX 608
LANCASTER WI 53813


U OF M PHYSICIANS ORTHO
C/O JC CHRISTENSEN & ASSOC
PO BOX 519
SAUK RAPIDS MN 56379


US BANK
PO BOX 790084
ST LOUIS MO 63179-0084


US DEPARTMENT OF EDUCATION
PO BOX 530260
ATLANTA GA 30353-0260


US DEPARTMENT OF EDUCATION
PO BOX 105028
ATLANTA GA 30348-5028


VERIZON
PO BOX 25505
LEIGH VALLEY PA 18002

```
WILLIAMS INTEGRACARE
PO BOX 296
SARTELL MN 56377
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**CLARK W JOHNSON**

**BETH A JOHNSON**                                             SIGNATURE DECLARATION

                                           Debtor(s).          Case No. **12-43919**

_____ PETITION, SCHEDULES & STATEMENTS

_____ CHAPTER 13 PLAN

_____ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION

___✓__ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS

___✓__ MODIFIED CHAPTER 13 PLAN

_____ OTHER (Please describe:_____)

We **CLARK W JOHNSON, BETH A JOHNSON**, the undersigned debtor(s) or authorized representative of the debtor,
*make the following declarations under penalty of perjury:*

• The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

• The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;

• [individual debtors only] If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;

• I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and

• [corporate and partnership debtors only] I have been authorized to file this petition on behalf of the debtor.

Date: 9-7-2012

X _____         X _____
Signature of Debtor or Authorized Representative       Signature of Joint Debtor

**CLARK W JOHNSON**                                    **BETH A JOHNSON**
Printed Name of Debtor or Authorized Representative    Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)