**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

CLARK W JOHNSON

BETH A JOHNSON

Debtor(s)

Case No: 12–43919 – RJK

Chapter 13 Case

**ORDER CONFIRMING CHAPTER 13 PLAN**

It appears that the debtor(s) filed a plan, that the plan conforms to Local Rules 3015–1 through 3020–3 and Local Form 3015–1, that copies thereof were mailed to creditors that a meeting of creditors, was held, that a hearing on confirmation of the plan was held, and no objection to confirmation of the plan as filed or as modified has been made, or if made, has been withdrawn or overruled by the court.

IT IS THEREFORE ORDERED, that the plan as filed or as modified is confirmed.

Dated: 10/19/12

Robert J Kressel
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on October 19, 2012
Lori Vosejpka Clerk, United States Bankruptcy Court
By: susan Deputy Clerk

**mnbocnf13nf** 12/1/2007 – kb

United States Bankruptcy Court
District of Minnesota

In re:  
CLARK W JOHNSON  
BETH A JOHNSON  
      Debtors

Case No. 12-43919-RJK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0864-4     User: susan     Page 1 of 2     Date Rcvd: Oct 19, 2012  
                  Form ID: 13ocnfnf     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2012.  
db/jdb        +CLARK W JOHNSON,    BETH A JOHNSON,    21838 149 ST NE,    NEW LONDON, MN 56273-7752

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 21, 2012**        **Signature:** *Joseph Speetjens*

```
District/off: 0864-4          User: susan              Page 2 of 2              Date Rcvd: Oct 19, 2012
                              Form ID: 13ocnfnf        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2012 at the address(es) listed below:

```
          Alane A. Becket    on behalf of Creditor   FIA Card Services NA as successor in interest to
           notices@becket-lee.com
          Kyle Carlson    info@carlsonch13mn.com,   barnesvillemn13@ecf.epiqsystems.com
          Robert Kalenda    on behalf of Debtor CLARK JOHNSON theresa@kalendalaw.com
          US Trustee    ustpregion12.mn.ecf@usdoj.gov
                                                                                             TOTAL: 4
```